# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152025(22)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JAMES SCOTT NEWMAN,
        Defendant-Appellant.
_____/

SC: 152025
COA: 327000
Livingston CC: 14-021983-FC;
        14-021984-FC

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing a supplemental brief is GRANTED IN PART. The supplemental brief will be accepted as timely filed if submitted on or before December 9, 2015, not December 25, 2015 as requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015

